```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

TODD HALSTEAD,                        :
                                      :
      Plaintiff,                      :
                                      :
      v.                              :   CASE NO. 3:07CV1757(RNC)
                                      :
WILD OATS MARKET,                     :
                                      :
      Defendant.                      :
```

## RULING ON MOTION TO COMPEL

Pending before the court is the defendant's Motion to Compel Discovery Responses (doc. #28). The plaintiff has not objected or in any way responded to the motion.

Defense counsel represents in an attached affidavit that she originally served discovery requests on the plaintiff in June 2008. In September, plaintiff told defense counsel that he had never received those requests, and defense counsel re-served the requests on September 30, 2008. Plaintiff repeatedly told defense counsel that the responses would be forthcoming shortly, but he has not yet served any responses.

In the absence of any objection, and for good cause shown, the defendant's Motion to Compel is granted. The plaintiff, having brought this lawsuit, is required to comply with written discovery requests pursuant to Fed. R. Civ. P. 33 and 34. The plaintiff is ordered to respond to the discovery requests within ten days of the date of this order.

Specifically, as to the interrogatories, the plaintiff must

provide written responses under oath, providing full and complete responses to the specific questions asked.  As to the requests for production, plaintiff shall send defense counsel complete and legible copies of all responsive documents that are in his possession, custody or control.  In addition, the defendant has served the plaintiff with medical record and tax record authorization forms, which the plaintiff is required to sign and return to defense counsel.

    SO ORDERED at Hartford, Connecticut this 9th day of January, 2009.

                      _____/s/_____
                      Donna F. Martinez
                      United States Magistrate Judge